**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Abdulla Qasem Muthana,<br><br>　　　　Petitioner,<br>v.<br><br>Katrina S. Kane,<br><br>　　　　Respondent. | No. 12-CV-00032-PHX-PGR (MHB)<br><br>**ORDER** |

　　　The Court having reviewed *de novo* the Report and Recommendation of Magistrate Judge Burns, and no party having filed an objection,

　　　**IT IS HEREBY ORDERED** that the Magistrate Judge's Report and Recommendation (Doc. 11) is ACCEPTED and ADOPTED by the Court.[1]

　　　**IT IS FURTHER ORDERED** that petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is DISMISSED as moot and without prejudice.

　　　DATED this 24th day of April, 2012.

　　　　　　　　　　　　　　　　　　　　Paul G. Rosenblatt
　　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] Petitioner alleged in his habeas petition that his detention was unlawful under *Zadvydas v. Davis*, 533 U.S. 678 (2001). Petitioner having been removed from the United States on February 27, 2012, the Magistrate Judge recommended that the petition be dismissed as moot. (Doc. 11 at 2.)